**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Jenny Elizabeth M. and Monroe H., III, Defendants,

Of whom Jenny Elizabeth M. is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2012-207007

————————

Appeal From Aiken County
Vicki J. Snelgrove, Family Court Judge

————————

Unpublished Opinion No. 2012-UP-379
Submitted June 1, 2012 – Filed June 20, 2012

————————

**AFFIRMED**

————————

Dorothy H. Hogg, of Fulcher Hagler, LLP, of Augusta, Georgia, for Appellant.

Dennis M. Gmerek, of the Department of Social Services, of Columbia, for Respondent.

Amy P. Shumpert, of Nance, McCants & Massey, of Aiken, for Guardian ad Litem.

**PER CURIAM:** Jenny Elizabeth M. appeals from the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.